

305 Broadway, 14ᵀᴴ Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwsflegal.com

Gabriel P. Harvis
gharvis@hwsflegal.com
Christopher D. Wright
cwright@hwsflegal.com
Afsaan Saleem
asaleem@hwsflegal.com
Baree N. Fett
bfett@hwsflegal.com

March 4, 2013

**BY ECF**

Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Sprowal v. Erwig, et al.*, 12 CV 4774 (ERK) (JO)

Your Honor:

I represent plaintiff in the above-referenced matter. I write pursuant to Local Civil Rule 1.4 to respectfully request leave of Court for my firm to withdraw from the representation of plaintiff in this case. Additionally, with defendants' consent, I respectfully request: (i) a 45-day stay of these proceedings to allow time for plaintiff to seek new counsel; and (ii) an adjournment of the status conference presently scheduled for March 8, 2013 to a date and time convenient to the Court after the stay is lifted.

As set forth in the annexed declaration, there are satisfactory reasons for withdrawal and no prejudice will result if the application is granted. Accordingly, plaintiff respectfully requests leave for counsel to withdraw, a 45-day stay of the matter and an adjournment of the March 8th conference.

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

Encl.

-2-

cc:   Mr. Charles Sprowal (by Fedex)

   ACC Brian Francolla, Esq.